Same case below, 344 Fed. Appx. 395.

----

**No. 09-9862. Montgomery Carl Akers, Petitioner v. United States District Court for the District of Colorado.**

559 U.S. 1112, 130 S. Ct. 2429, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3787.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

----

**No. 09-9878. Paul Scinto, Sr., Petitioner v. Federal Bureau of Prisons, et al.**

559 U.S. 1112, 130 S. Ct. 2417, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3747.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 352 Fed. Appx. 448.

----

**No. 09-9882. Winston Douglas Syndab, aka Winston Nelson, Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2419, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3755.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 852.

----

**No. 09-9883. DeCarlos Smith, Petitioner v. Helen J. Marberry, Warden.**

559 U.S. 1112, 130 S. Ct. 2419, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3773.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

----

**No. 09-9892. Marshell Cooper, Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2419, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3767.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 93.

----

**No. 09-9893. Michael Glenn Denmark, Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2419, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3754.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

----

**No. 09-9894. Edwin Disla, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2419, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3762.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 358 Fed. Appx. 121.

----

**No. 09-9899. Thomas Lee Miller, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2419, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3718.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

----

**No. 09-9902. Cliffina Johnson and Frederick L. Shirley, Petitioners v. United States.**

559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 934, 2010 U.S. LEXIS 3793.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 840.